STATE OF CONNECTICUT *v.* JOHN R. PERCELL

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Herbert J. Bundock,* in support of the petition.

*John P. Evans,* assistant prosecuting attorney, in opposition.

Submitted June 5—decided June 25, 1963

STATE OF CONNECTICUT *v.* ROBERT B. TRAUB

The Supreme Court of the United States having, by its mandate of June 17, 1963, vacated the judgment of this court dated December 18, 1962, and remanded the case to this court with direction for further consideration in the light of *Wong Sun* v. *United States,* 371 U.S. 471, 83 S. Ct. 407, 9 L. Ed. 2d 441, and *Ker* v. *California,* 374 U.S. 23, 83 S. Ct. 1623, 10 L. Ed. 2d 726, it is ordered that counsel appear before this court on Tuesday, July 2, 1963, at 10 a.m. to be heard upon the terms and date for a reargument, if counsel desire a reargument, before further consideration of the appeal to this court.

Decided June 25, 1963